UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-8058-FMO (AFMx) | Date | January 19, 2022 |
|---|---|---|---|
| Title | Elkyakim Eldad Lieberman v. Epic Aviation Consulting, LLC et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|

| Gabriela Garcia | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** (In Chambers) Order to Show Cause Re: Dismissal Re: Lack of Prosecution

Having reviewed plaintiff's Response to Order to Show Cause (Dkts. 14-20), IT IS ORDERED THAT:

1. Plaintiff shall serve defendants by no later than **February 9, 2022**, and file proofs of service by no later than **February 11, 2022**. In the event plaintiff seeks to serve defendants by alternative service,[1] he shall file such motion by **February 14, 2022**.

2. Plaintiff is admonished that failure to file a proof of service or motion by the above deadlines shall result in the action being dismissed without prejudice for failure to effect service, for lack of prosecution and/or failure to comply with the orders of the court. See Fed. R. Civ. P. 4 & 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

3. The Order to Show Cause Re: Dismissal Re: Lack of Prosecution, is hereby continued pending compliance with paragraph one above.

|  | 00 : 00 |
|---|---|
| | Initials of Preparer   gga |

---

[1] Any motion for alternative service shall set forth the standard for such service and shall be adequately supported.