JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELYAKIM ELDAD LIEBER,AM, | Case No. CV 21-8058 FMO (AFMx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| EPIC AVIATION CONSULTING, LLC, et al., | |
| Defendants. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 29th day of March, 2022.

/s/
Fernando M. Olguin
United States District Judge